FILED

12/11/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0459

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0459

_____

B.Y.O.B., Inc., a Montana Corporation, JIM GLANTZ,
Individually and as PERSONAL REPRESENTATIVE
OF THE ESTATE OF DONNA GLANTZ, Deceased,
ON BEHALF OF THE ESTATE OF DONNA
GLANTZ, BARBARA RILEY, MEADOW LAKE
REAL ESTATE a/b/n of CYA, Inc., GILDO, LLC, a
Montana Limited Liability Company,
TERIN GILDEN, and NATHAN GILDEN,

        Plaintiffs and Appellants,                            O R D E R

      v.

STATE OF MONTANA, a governmental entity;
THE MONTANA DEPARTMENT OF REVENUE, a
political subdivision of the State of Montana; and
DOES A-Z,

        Defendants and Appellees.

_____

Appellants B.Y.O.B., Inc, et al, have filed a Motion and Brief for Over-Length Brief in the captioned matter, asking for an additional 5000 words. Appellee State of Montana opposes the motion.

IT IS ORDERED that motion to file an overlength brief is DENIED.

The Clerk is directed to provide a copy of this Order to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 11 2020